# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

July 7, 2023

**BY ECF**  
Hon. Mary Kay Vyskocil  
United States District Judge  
United States District Court  
500 Pearl St.  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED:  7/10/2023

      Re:      <u>Ramirez Coyotecalt v. 23RD & 9Th Restaurant Corp. et al</u>  
              23-cv-03614-MKV

Your Honor:

      This firm represents Plaintiff in the above-referenced matter. We write to respectfully request an extension to file the case management plan. The parties apologize for failing to submit the case management plan on June 26, 2023. This is the first request of its kind.

      Plaintiff's firm recently experienced a change in staffing and as such, Plaintiff respectfully requests that the deadline to submit be extended to July 13, 2023. We are trying to coordinate with Defendant's counsel regarding the Case Management plan but have not yet received a response. In addition, Plaintiff plans to submit a motion to amend the complaint to add new parties, therefore could not in good faith participate in settlement discussions with Defendants.

      The Plaintiff thanks the Court for its time and attention to this matter.

                          Respectfully Submitted,

                          /s/Mary Bianco  
                        Mary Bianco, Esq.  
                        CSM Legal, P.C.  
                        *Attorneys for Plaintiff*

**Granted. SO ORDERED.** The parties are on notice that failing to comply with court orders may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this case with prejudice.

Date: July 10, 2023  
New York, New York

*/s/ Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge

*Certified as a minority-owned business in the State of New York*