UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO RAMIREZ COYOTECALT, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

23RD & 9TH RESTAURANT CORP., *doing business as* Chelsea Square Restaurant, JOHN BOUMAKIS, and JOHN LAPSATIS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

1:23-cv-3614 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In their Proposed Case Management Plan, the parties note that they consent to conducting all proceedings, including dispositive motions and trial, before the Magistrate Judge, pursuant to 28 U.S.C. § 636(c) [ECF No. 17]. If the parties wish to proceed before the Magistrate Judge, they must complete and submit the consent form at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

Date: July 26, 2023
New York, NY

MARY KAY VYSKOCIL
United States District Judge

1