USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Ramirez Coyotecalt,

                        Plaintiff,

-against-

23RD & 9TH Restaurant Corp.,

                        Defendant.

1:23-cv-03614 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties have consented to conduct all proceedings, including trial, before the undersigned pursuant to 28 U.S.C. § 636(c), (ECF No. 22). Accordingly, the status conference currently scheduled for Thursday, November 2, 2023 before Judge Mary Kay Vyskocil is cancelled.

**SO ORDERED.**

Dated: New York, New York
        August 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge