UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Ramirez Coyotecalt,

                Plaintiff,

-against-

23RD & 9TH Restaurant Corp.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2023

1:23-cv-03614 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On Thursday, September 14, 2023, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated: New York, New York
       August 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge