# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 1016

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 09/01/2023

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 1, 2023

**BY ECF**  
Hon. Stewart D. Aaron  
United States Magistrate Judge  
United States District Court  
500 Pearl St.  
New York, NY 10007-1312

Application GRANTED. SO ORDERED.

_[signature]_

Hon. Stewart D. Aaron  
U.S. Magistrate Judge  
Dated: September 1, 2023

Re: Ramirez Coyotecalt v. 23RD & 9Th Restaurant Corp. et al  
23-cv-03614-SDA

Your Honor:

This firm represents Plaintiff in the above-referenced matter. We write to request a brief extension of the September 1, 2023 deadline to submit the Motion to Amend the Complaint. This is the first request of its kind.

We are requesting this extension because we have been unable to contact one of the potential plaintiffs. It appears that his phone has been disconnected. If we are unable to re-establish contact with him in the next few days, he will not be included in the Amended Complaint. As such, we are requesting that the deadline to submit the Motion to Amend the Complaint be extended to September 8, 2023.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/Mary Bianco  
Mary Bianco, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiff*