UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Ramirez Coyotecalt, et al.,

                            Plaintiffs,

-against-

23RD & 9TH Restaurant Corp., et al.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/23/2024

1:23-cv-03614 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on January 22, 2024, the parties filed a Proposed Stipulation and Order in accordance with the Court's January 16, 2024 Order (ECF No. 49); and

WHEREAS, a Proposed Second Amended Complaint was annexed to the Proposed Stipulation and Order (ECF Nos. 49-1, 49-2); and

WHEREAS, the Court entered the Stipulation and Order on the Civil Docket (ECF No. 50).

NOW, THEREFORE, it is hereby **ORDERED**, as follows:

1. No later than Friday, January 26, 2024, Plaintiffs shall file the Second Amended Complaint as annexed to the Proposed Stipulation and Order.

2. No later than Friday, February 9, 2024, Defendants shall file an answer or otherwise respond to the Second Amended Complaint.

**SO ORDERED.**

Dated: New York, New York
        January 23, 2024

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge