```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Ramirez Coyotecalt, et al.,

                Plaintiffs,

-against-

23RD & 9TH Restaurant Corp., et al.,

                Defendants.

1:23-cv-03614 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on January 22, 2024, the parties filed a Proposed Stipulation and Order wherein the parties consented to Plaintiffs filing a Second Amended Complaint, adding Emanuel Boumakis ("Boumakis") as a Defendant in accordance with the Court's January 16, 2024 Order (Proposed Stipulation, ECF No. 49; Proposed Sec. Am. Compl., ECF No. 49-1; *see also* 1/16/24 Order, ECF No. 48); and

WHEREAS, on January 23, 2024, the Court entered the Proposed Stipulation and Order on the docket (1/23/24 Stipulation, ECF No. 50); and

WHEREAS, on January 23, 2024, the Court ordered Plaintiffs to file their Second Amended Complaint no later than January 26, 2024 (1/23/24 Order, ECF No. 51); and

WHEREAS, on January 23, 2024, Plaintiffs filed their Second Amended Complaint, adding Boumakis as a Defendant in accordance with the Court's January 23, 2024 Order (Sec. Am. Compl., ECF No. 52; *see also* 1/23/24 Order); and

WHEREAS, Plaintiffs have not yet filed a Request for Issuance of a Summons for Boumakis.

NOW, THEREFORE, it is hereby **ORDERED**, as follows:

1. No later than Friday, February 2, 2024, Plaintiffs shall file a Request for Issuance of a Summons for Boumakis.

2. No later than thirty (30) days following the issuance of the Summons by the Clerk of Court, Plaintiffs shall serve the Summons upon Boumakis.

**SO ORDERED.**

Dated: New York, New York
       January 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge