UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eduardo Ramirez Coyotecalt, et al.,

                Plaintiffs,

-against-

23RD & 9TH Restaurant Corp., et al.,

                Defendants.

1:23-cv-03614 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

    It having been reported to this Court by the Mediator that the "court-ordered mediation in this case was held and agreement was reached on all issues," (2/23/24 Final Report of Mediator No. 1, ECF No. 59), such that this case has been settled, it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
               February 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge